UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT PIERRE SMITH,<br><br>             Plaintiff,<br><br>      v.<br><br>KELESHA L. GAULDING, et al.,<br><br>             Defendants. | Case No. 2:19-09174 SVW (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants' Motion for Summary Judgment, (Dkt. No. 79), and the Report and Recommendation of United State Magistrate Judge, (Dkt. No. 85). No objections were filed, and the time to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 85);

2. The Defendants' Motion for Summary Judgment is granted, (Dkt. No. 79);

3. The case is dismissed with prejudice; and

4. Judgment is to be entered accordingly.

DATED: January 27 2023

_____
THE HONORABLE STEPHEN V. WILSON
United States District Judge