JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT PIERRE SMITH, | Case No. 2:19-09174 SVW (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| KELESHA L. GAULDING, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed in its entirety with prejudice.

DATED: January 27 2023

THE HONORABLE STEPHEN V. WILSON
United States District Judge